*E-Filed 5/26/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SERGIO RODRIGUEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | No. C 11-1916 RS (PR)<br><br>**ORDER OF DISMISSAL** |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. Plaintiff was granted 30 days (1) to file a complete application to proceed *in forma pauperis* ("IFP"), or (2) to pay the filing fee of $350.00, or face dismissal of the action. More than 30 days have passed, and plaintiff has not paid the filing fee or filed a complete IFP application. As to the IFP application, he has not filed a certificate of funds signed by an authorized prison officer, nor has he filed a prison trust account statement showing transactions for the last six months. Accordingly, the action is DISMISSED without prejudice as to plaintiff filing (1) a properly completed and signed certificate of funds, ***and*** (2) a prison trust account statement showing transactions for the last six months. Plaintiff's motion to proceed IFP (Docket No. 2) is DENIED without prejudice. The Clerk shall enter judgment in favor of defendants, terminate Docket No. 2, and close the file.

**IT IS SO ORDERED**.

DATED: May 25, 2011

RICHARD SEEBORG
United States District Judge

No. C 11-1916 RS (PR)
ORDER OF DISMISSAL